JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANTHONY LOAIZA,<br><br>    Petitioner,<br><br>  v.<br><br>M.D. McDONALD, Warden,<br><br>    Respondent. | No. CV 10-5472-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 20, 2013

                            JOHN F. WALTER
                            United States District Judge